# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146847(34)

VINCENT BURGESS,
    Claimant-Appellant,

v

             SC: 146847
             COA: 310852
             Wayne CC: 11-012104-AE

PEOPLES TRUST CREDIT UNION,
    Respondent-Appellee,

and

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS / UNEMPLOYMENT
INSURANCE AGENCY,
    Appellee.
_____/

   On order of the Court, the motion for reconsideration of this Court's June 25, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



d0826

            Clerk